UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:08-cr-482-T-33MAP

FRANCISCO PEREZ
_____/

## **PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture (the "Forfeiture Motion," Doc. 114), which, at sentencing, shall be a final Order as to Defendant, Francisco Perez's right, title, and interest in the 2005 Nissan Titan truck, Vehicle Identification Number: 1N6BA07B95N536725 (the "Vehicle").

Being fully advised of the premises, the Court finds that:

The United States has established the requisite *nexus* between the offense in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B)(vii), to which the Defendant, Francisco Perez pled guilty in Count One of the Superseding Indictment and the Vehicle. Thus, the United States is now entitled to possession of the Vehicle, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2).

Accordingly, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that:

1. The Forfeiture Motion (Doc. 114) is **GRANTED**.

2. All right, title and interest of Defendant, Francisco Perez in the Vehicle is hereby condemned and forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853.

3. Following entry of this Order, the United States, pursuant to 21 U.S.C. § 853(n) [incorporated by 28 U.S.C. § 2461(c)], will provide

written notice to all third parties known to have an alleged legal interest in the Vehicle and will publish notice on the internet at www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Vehicle, as substitute for published notice as to those persons so notified.

4. Any person, other than Defendant, Francisco Perez, who has or claims any right, title or interest in the Vehicle must file a petition with the Court for a hearing to adjudicate the validity of his or her alleged interest. Within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier, the petition should be mailed to:

> The Clerk of the United States District Court
> Tampa Division
> 801 North Florida Avenue
> Tampa, Florida 33602.

5. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the Vehicle, any additional facts surrounding the petitioner's claim, and the relief sought.

6. After receipt of the petition, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the Vehicle.

7. Upon adjudication of all third-party interests in the Vehicle, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7), addressing all interests.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, this 19th day of June 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record